STATE OF MISSOURI, Appellant, v. WILLIAM KEATLEY, Respondent.

St. Louis Court of Appeals, April 6, 1886.

EXCEPTIONS.—An unsigned bill of exceptions filed in an appellate court presents nothing for review.

APPEAL from the Crawford County Circuit Court.

*Appeal dismissed.*

PINNELL, FARROW & SEAY, for the respondent.

LEWIS, P. J., delivered the opinion of the court.

The record in this cause consists of what purports to be a bill of exceptions, and nothing more. But it is a nullity for that purpose, since it does not appear to have been signed by the judge before whom the proceedings were had, or, in fact, by any person. A clerk's memorandum states that it was "filed and signed;" but says nothing of who signed it. Even if the paper were properly authenticated as a bill of exceptions, it would present nothing for our review. The case was dismissed on motion, and a motion for a new trial was afterwards overruled. But no exception to the ruling of the court was tendered on either occasion.

The appeal is dismissed. All the judges concur.